UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BORDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. SMILEY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01500-DAD-JDP<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIMS AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITH LEAVE TO AMEND<br><br>ECF No. 11 |

　　　　Plaintiff Ricardo Bordon is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On May 6, 2019, we screened plaintiff's complaint and found that he stated deliberate indifference claims against defendants Doe, Smiley, and Smith.  ECF No. 11.  We recommended that plaintiff's remaining claims be dismissed without prejudice and that he be granted leave to amend the complaint.  *Id.*

　　　　We hereby vacate the May 6, 2019 findings and recommendations, ECF No. 11.  In its place, we will issue a screening order with the same analysis as the former findings and recommendations.  The order will differ from the findings and recommendations in that it will allow plaintiff three options: (1) proceed only on the claims found cognizable by the court's screening order, (2) amend the complaint to add additional facts in an attempt to make out additional claims or claims against additional defendants, or (3) stand on the original complaint subject to dismissal of claims and defendants consistent with the court's order.

1

IT IS SO ORDERED.

Dated:   July 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 203