UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BORBON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. SMILEY, et al.,<br><br>　　　　Defendants. | No. 2: 19-cv-1464 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2019, the court referred this action to the Post-Screening ADR Project. (ECF No. 23.) This action is set for a settlement conference before Magistrate Judge Claire on October 29, 2019.

On October 17, 2019, defendants filed a request to opt out of the Post Screening ADR Project. (ECF No. 30.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the ADR Project (ECF No. 30) is granted;
2. The settlement conference set for October 29, 2019, before Magistrate Judge Claire is vacated;

////

////

3. The writ of ad testificandum ordering plaintiff to be brought to the settlement conference (ECF No. 29) is vacated.

Dated: October 23, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bor1464.vac

2