1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO BORBON,                        No.  2: 19-cv-1464 KJN P

12              Plaintiff,

13        v.                                ORDER

14   D. SMILEY, et al.,

15              Defendants.

16

17        On December 20, 2019, defendants filed a motion summary judgment pursuant to Federal

18   Rule of Civil Procedure 56 alleging that plaintiff failed to exhaust administrative remedies.

19   Plaintiff has not opposed the motion.

20        Local Rule 230(l) provides in part: "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ." Id.  On November 21, 2019 and December 20, 2019, plaintiff

23   was advised of the requirements for filing an opposition to a motion and that failure to oppose

24   such a motion may be deemed a waiver of opposition to the motion.  See Rand v. Rowland, 154

25   F.3d 952, 957 (9th Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th

26   Cir. 1988).

27        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

28   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

the Court." Id.  In the order filed November 21, 2019, plaintiff was also advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as consent to have the:  (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.  Such a failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  January 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Borb1464.nop

2