UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO BORBON,

        Plaintiff,

    v.

D. SMILEY, et al.,

        Defendants.

No. 2: 19-cv-1464 KJM KJN P

ORDER

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2019, defendants filed a summary judgment motion. Plaintiff failed to oppose defendants' summary judgment motion. Accordingly, on March 6, 2020, the undersigned recommended that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). These findings and recommendations are pending with the district court.

        On February 13, 2020, defendants filed a motion to stay discovery and to vacate the discovery and dispositive motion deadlines in the court's discovery and scheduling order, pending resolution of their summary judgment motion. (ECF No. 38.) Good cause appearing, defendants' motion (ECF No. 38) is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion to stay discovery and to vacate the discovery and dispositive motion deadlines (ECF No. 38) is granted;

1

2. Discovery is stayed pending resolution of the March 6, 2020 findings and recommendations; the discovery and dispositive motion deadlines are vacated; the court will reset these deadlines, if necessary, following resolution of the March 6, 2020 findings and recommendations.

Dated: April 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Borb1464.sta