UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BORBON, | No. 2: 19-cv-1464 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. SMILEY, et al., | |
| Defendants. | |

Plaintiff is state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action was previously set for a settlement conference before Magistrate Judge Claire on October 29, 2019. The settlement conference was vacated because an interpreter was not available to assist plaintiff.

Good cause appearing, the settlement conference is reset before Magistrate Judge Claire for February 25, 2021, at 9:00 a.m. Defense counsel has agreed to make sure that an interpreter is available to assist plaintiff during the settlement conference.

Because the settlement conference is reset, defendants' summary judgment motion (ECF No. 36) is vacated without prejudice to its reinstatement following the settlement conference, if appropriate.[1]

---

[1] After reviewing defendants' summary judgment motion, the undersigned has preliminarily concluded that an evidentiary hearing may be required to determine whether administrative

1

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set for February 25, 2021, at 9:00 a.m., before Magistrate Judge Claire;
2. Defense counsel shall make sure that an interpreter is available to assist plaintiff during the settlement conference; and
3. Defendants' summary judgment motion (ECF No. 36) is vacated.

Dated: November 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

remedies were available to plaintiff on the grounds that plaintiff does not understand English.

2