UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BORBON, | No. 2: 19-cv-1464 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. SMILEY, et al., | |
| Defendants. | |

On September 2, 2021, this action was voluntarily dismissed. (ECF Nos. 64, 65.)

Accordingly, IT IS HEREBY ORDERED that:

1. The writ of ad testificandum filed August 4, 2021, directing the Warden to produce plaintiff before the undersigned on September 13, 2021 (ECF No. 61) is vacated;

2. The Clerk of the Court is directed to serve this order on the Warden of the Substance Abuse Treatment Facility and State Prison, P.O. Box 7100, Corcoran, California, 93212;

3. The Clerk of the Court is directed to serve a copy of this order on the Out-To-Court Desk, California State Prison-Sacramento.

Dated: September 2, 2021

Bor1464.wrt.kc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE